UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Clint Allan McGowan,<br>    Petitioner, | )<br>)<br>)   No. 1:13-cv-904<br>) |
| -v- | )<br>)   HONORABLE PAUL L. MALONEY |
| Duncan MacLaren,<br>    Respondent. | )<br>)<br>) |

## JUDGMENT

In accordance with the accompanying opinion and order entered on this date (ECF No. 19), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  July 26, 2017              /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge